# UNITED STATES DISTIRCT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

| | | |
|---|---|---|
| Daphane C. Roberts, | ) | |
|     Plaintiff, | ) | |
| | ) | |
|     vs. | ) | Case No. 3:07cv00114-FDW-CH |
| MICHAEL J. ASTRUE | ) | |
| COMMISSIONER OF | ) | |
| SOCIAL SECURITY | ) | |
|     Defendant. | ) | |

### ORDER ON PLAINTIFF'S MOTION FOR EXTENSION OF TIME

THIS MATTER is before the Court on "Plaintiff's Motion for Extension of Time" filed August 28, 2007, wherein the Plaintiff seeks an additional thirty (30) days within which to file a Motion for Summary Judgment together with its brief in support thereof. For the reasons stated therein, and there being no objection from the Defendant, the Motion is hereby **GRANTED**.

**IT IS THEREFORE ORDERED:**

1. The Plaintiff's deadline for filing its Motion for Summary Judgment together with its brief in support thereof is extended up to and including October 1, 2007.
2. The Clerk is directed to send copies of this Order to counsel for the parties.

**SO ORDERED.**

Signed: August 28, 2007

_Carl Horn, III_

Carl Horn, III
United States Magistrate Judge